17 F.3d 1429
 Guzman (Luis Antonio)
v.
Reeves (William B.), Turner (Alison), Sykes (Sam), Buttari
(Gregg), Burley (Donald) McDonnell (Thomas), Acevedo (Juan),
Trotman (Sam), Breitling (J.), Cruz (Carlos), Schuck (John),
Ghee (Charles), Guest (Frank), Grier (John), Asbell
(Samuel), Doe (John)
 NO. 93-5531
 United States Court of Appeals,
Third Circuit.
 Jan 21, 1994
 
 Appeal From: D.N.J.,
 Irenas, J.
 
 
 1
 AFFIRMED.